# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 15-50157
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

December 15, 2015

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

RONALD MARTIN MOORE, also known as Donald Martin Moore, also known as Ronald Moore, also known as Donald M. Moore, also known as Ronald E. Moore,

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:14-CR-734-1

Before JONES, SOUTHWICK, and COSTA, Circuit Judges.

PER CURIAM:*

Appealing the judgment in a criminal case, Ronald Martin Moore raises an argument that he concedes is foreclosed by *United States v. Rawls*, 85 F.3d 240, 241-43 (5th Cir. 1996), which rejected a Commerce Clause-based challenge to 18 U.S.C. § 922(g)(1). The Government's motion for summary

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 15-50157

affirmance is GRANTED, the alternative motion for an extension of time to file a brief is DENIED, and the judgment of the district court is AFFIRMED.